UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 C 4668 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | |
| DETRICE D. JOHNSON, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Motion for installment payment order presented. This court recommends that the United States's motion for an installment payment order directed to Detrice D. Johnson be GRANTED.

On July 16, 2004 the clerk of the court registered a judgment in favor of the plaintiff and against the defendant, Detrice D. Johnson in the amount of $78,208.08 with interest accruing from the date of the judgement at the post-judgment rate. As of March 31, 2005 the defendant owed a balance of $91,384.90 ($85,919.04 principal and $5,465.86 interest) on the judgment. The defendant submitted a financial statement to the United States Attorney's Office on March 31, 2005. According to this statement, the defendant is a chiropractor and operates a sole proprietorship. Based upon the financial information, the defendant appears to be able to make payments in satisfaction of the judgment debt. Currently, the defendant is self-employed and garnishment of the defendant's wages is not possible.

This court finds that the United States has complied with the requirements of 28 U.S.C. §§ 3202 and 3205, and that it is entitled to have paid over to it 19% of defendant's gross wages and proof thereof on or before the fifteenth (15th) day of each month beginning April 15, 2005 and continuing until the balance of the judgment (plus interest) is paid in full. So that the United States

may verify that defendant is paying an appropriate amount, defendant will submit her monthly pay stub with each payment to the United States Department of Justice and a complete copy of her federal income tax return upon filing each year. Accordingly, this court respectfully recommends that the district judge enter an installment payment order, in the form attached to the United States' motion, directing defendant, Detrice D. Johnson, to pay to the United States a sum equal to 19% of her gross wages and proof thereof until the judgment debt is paid in full, or until further court order.

Specific written objections to this report and recommendation may be served and filed within 10 business days from the date that this order is served. Fed. R.Civ. P.72(b). Failure to file objections with the District Court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this Court in the report and recommendation. *See Video View, Inc. v. Studio 21. Ltd.*, 797 F.2d 538,539 (7th Cir. 1986).

ENTER:

United States Magistrate Judge

Date: **APR 1 3 2005**